UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| WILLIAM V. BRUNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-CV-82 |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY, | ) | Judge Curtis L. Collier |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Counsel for the parties have advised the Court that the matters in controversy have been  settled to the satisfaction of all the parties.  It is accordingly **ORDERED** that all counsel shall appear in person before the United States District Judge on **Wednesday, March 23, 2011 at 10:00 a.m.**, for a conference with regard to the status of the settlement and a final order.

In the event a final order is submitted prior to **March 23, 2011**, counsel shall contact  Sheila Hendrix (423-752-5287) and the status conference will be canceled.

SO ORDERED.

ENTER:

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**