# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| WILLIAM BRUNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:10-cv-82 |
| ) | |
| LIBERTY LIFE ASSURANCE CO. OF ) | |
| BOSTON, and MAYTAG CORP., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the undersigned counsel for the respective parties hereby stipulate that the above-captioned action has been settled and may be dismissed, with prejudice.

Respectfully submitted,

s/Mekesha H. Montgomery s/Harold C. Wimberly (via permission)
Mekesha H. Montgomery Harold C. Wimberly, Esq.
FROST BROWN TODD LLC NICHOL & ASSOCIATES
424 Church Street, Suite 1600 Renaissance Business Center
Nashville, Tennessee 37219 6759 Baum Drive
615-251-5585 Knoxville, TN  37919
mmontgomery@fbtlaw.com hcwimberly@hotmail.com
Trial Attorney for Defendant (865) 622-7739
 Trial Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via ECF upon all parties on this 11th day of March, 2011.

 /s/ Mekesha H. Montgomery

NSHLibrary 0000T69.0576149  96416v1